H. A. THOMAS AND HIS WIFE, S. E. THOMAS, *Appellants,*
v. INVESTMENT COMPANY, A CORPORATION, *Appellee.*

Decision Filed March 22, 1922.

An Appeal from the Circuit Court for Alachua County;
B. A. Thrasher, Judge.

*W. S. Broome,* for Appellants;

*C. R. Layton* and *T. B. Ellis, Jr.,* for Appellee.

PER CURIAM.—This cause having heretofore been sub-
mitted to the court upon the transcript of the record of
the decree aforesaid and argument of counsel for the
respective parties, and the record having been seen and
inspected, and the court being now advised of its judg-
ment to be given in the premises, it seems to the court that
there is no error in the said decree; it is, therefore, con-
sidered, ordered and adjudged by the court that the said
decree of the Circuit Court be, and the same is hereby,
affirmed.

All concur.